IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02581-WYD-KLM

THOMAS J. GRAFFIS, JR.,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on a review of the file. On January 6, 2010, Mr. Dave Hansen, counsel for Defendant, entered his appearance. Due to the fact that Mr. Hansen is a personal friend, I believe it would be inappropriate for me to preside over this case. Accordingly, I find that I should recuse myself from the case. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: March 29, 2010

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge