IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE  LEWIS  T.  BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy:  LaDonne Bush | Date: April 1, 2011 |
| Court Reporter:     Tracy Weir | |

_____

| | |
|---|---|
| Civil Action No. 09-cv-02581-LTB-KLM | <u>Counsel:</u> |
| THOMAS J. GRAFFIS, JR., | Fredric Bremseth |
| Plaintiff, | |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | Thomas Hayden<br>Torry Garland |
| Defendant. | |

_____

COURTROOM MINUTES
_____

Hearing on Motion and Further Trial Preparation Conference

9:02 a.m.     Court in session.

Court's comments regarding the Motion to Exclude William Bogett [42].

Court takes judicial notice of a transcript of a hearing before Judge Brimmer in *Smith v. Union Pacific*, 07-cv-00549-TJM-CBS, addressing Mr. Bogett's testimony in that case and the motion to exclude it.

Argument by Messrs. Hayden and Bremseth regarding the Motion.

Court's ruling.

**ORDERED**:  Motion to Exclude William Bogett [42] is denied.

1

9:53 a.m().    Court in recess.
10:05 a.m.    Court in session.

Court's comments regarding the continuing resolution and the possibility of a government shutdown.

Court's comments regarding jury instructions, clarification of exhibit lists, witness lists, voir dire questions, Plaintiff's trial brief, and depositions.

10:16 a.m.    Court in recess.

Hearing concluded.
Time: 01:02