IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  09-cv-02581-LTB-KLM

THOMAS J. GRAFFIS, JR.,

       Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

       Defendant.

_____

ORDER OF DISMISSAL

_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With

Prejudice (Doc 75 - filed June 6, 2011), and the Court being fully advised in the premises, it is

therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay

their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: June 7, 2011